✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Middle  District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Benjamin Harris | ) Case No:  06-55-JVP-SCR |
| | ) USM No:  04549-095 |
| Date of Previous Judgment:  February 23, 2007 | ) Rebecca Hudsmith, Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ❏ the defendant  ❏ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

   X  DENIED.   ❏ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: _____ | | Amended Offense Level: _____ | |
| Criminal History Category: _____ | | Criminal History Category: _____ | |
| Previous Guideline Range: _____ to _____ months | | Amended Guideline Range: _____ to _____ months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

## III. ADDITIONAL COMMENTS

The court has determined that the defendant is a career offender; and as a result, the defendant is not eligible for a reduction.

Except as provided above, all provisions of the judgment dated   2-23-07   shall remain in effect.

**IT IS SO ORDERED**.

Order Date: _____

Effective Date: 7-12-2010
(if different from order date)

_____
Judge's signature

_____
James J. Brady, U.S. District Judge
Printed name and title