UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

BENJAMIN HARRIS

CRIMINAL ACTION

NO. 06-55-JJB

## ORDER

This matter is once again before the court on a motion (doc. 115) by defendant for relief under 18 USC §3582. There is no need for additional briefing or for an evidentiary hearing.

Defendant seeks to be given the benefit of the cocaine base retroactive guideline amendment. On a prior §3582 motion, the court denied relief because it found that the guideline amendment had no impact on defendant's sentence. That is, the court found that his sentence was based on the fact that he was a "career offender" rather than any amount of crack cocaine. This time, defendant argues that the fact that he is a "career offender" should not be the deciding factor.

The court disagrees. Defendant cites no authority for this proposition. The court finds that the "career offender" provision trumps the amendment and effectively controls in this situation. See, *U.S. v. Chappell*, 479 Fed. Appx. 647 (5th Cir. 2012). While, initially, the "applicable guideline range" as determined by Chapter 1 would have been lowered as a result of the amendment, other subsequent provisions in Chapter 1 would have still called for his designation as a "career offender" leading

1

to the same guideline range result, as when he was sentenced.

Accordingly, the motion for relief under §3582 is hereby DENIED.

Baton Rouge, Louisiana, September 3rd, 2013.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA